FILED
CLERK
10:10 am, Aug 02, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TREVOR JONES,

          Plaintiff,

- against -

SKY BLUE POOLS, LLC, CHARLES DECKER AND
GEORGE LARSON, INDIVIDUALLY

          Defendant.
------------------------------------------------------------X

Docket No. 2:21-cv-02277 (JMA) (ST)

**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)] AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(I) of the Federal Rules of Civil Procedure by and between counsel for the Plaintiff Trevor Jones and counsel for Defendants Sky Blue Pools, LLC, Charles Decker and George Larson that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be dismissed <u>with</u> prejudice as to all claims, causes of action, and parties with each party bearing that party's own attorney fees and costs and that each party waives all rights of appeal with respect to such dismissal.

Dated: July 30, 2021
New York, New York

| | |
|---|---|
| **PHILLIPS & ASSOCIATES ATTORNEYS AT LAW, PLLC** | **JOHN C. THEODORELLIS, PPLC** |
| By: /s/ Joshua Friedman | By: /s/ John C. Theodorellis |
| Joshua Friedkan, Esq. | John C. Theodorellis, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Trevor Jones | Sky Blue Pools, LLC, Charles Decker and George Larson |
| 45 Broadway, Suite 430 | 150 Motor Parkway- Suite 401 |
| New York, NY 10006 | Hauppauge, New York 11788 |
| (212) 248-7432, | 631-787-8569 |
| jfriedman@tpglaws.com.com | dfndr88@aol.com |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: Central Islip, NY
       August 2, 2021

/s/ Joan M. Azrack
_____
**Judge Joan M. Azrack**
**UNITED STATES DISTRICT JUDGE**